United States District Court
for the central District of
Illinois

Joshua Woodrick

VS.

NO 3.16-cv-03003

John Does Keith Brown
Sheriff of Saline County
and Victor Calloway acting
warden of Danville
correctional center
    Defendants

FILED
OCT 17 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion Requesting
a
Temporary Restraining Order

① I am Requesting a 'TRO' from the Doctor and prison officials that have control over my ear pic in my ear

② if not I am likely to suffer immediate and irreparable injury loss or damage if the court doosnt help me Before the other side has a chance to respond

① I am Requesting a "TRO" from the Doctor and prison officials that Have control over my car pic in my ear's. I am Having my tubes in my ear presser up to places throw to my nurs system that is up to 60 or more times a day that rodoms me from normal focus or funtion.

② if not I am likely to suffer immediate and irreperable injury loss or damage if the court doesn't help me Before the other side Has a chence to respond I sent a letter to the courts and they Have retaliated from the Doctor and prison officials By doing those things to me none stop I am looking at very Soriose injury if I dont Get Help from the courts

/S/ Joshua Headrick
Name Joshua Headrick
#B83368
address Danville correctional Center
3820 E. Main St
Danville IL, 61834

Bruce Rauner
Governor



John
Acting Di...

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: **Headrick, Joshua**    Date: **May 19, 2016**

Register #: **B83368**

Facility: **Danville**

This is in response to your grievance received on **2/22/16**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: **12/8/15**   Grievance Number: **16/0130**   Griev Loc: **Dan**

- ☐ Transfer denied by the Facility or Transfer Coordinator
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☒ Assignment (job/cell) **Seg placement**
- ☐ Commissary _____
- ☐ Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies)
- ☐ Disciplinary Report dated _____ Incident # _____
- ☒ Other **Held 2-days over T.C. nov/2015**

Based on a review of all available information, this office has determined your grievance to be:

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ☐ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: **It appears you were moved when bed space became available.**

FOR THE BOARD: **S. Benton**   CONCURRED: **John R Baldwin**
Sherry Benton
Administrative Review Board

John R. Baldwin
Acting Director

CC: Warden, **Dan** Correctional Center
**Headrick, Joshua**, Register No. **B83368**

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc